United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-00821-HWV |
| Reed D. Willis, Jr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Mar 31, 2025 | Form ID: asextnd | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reed D. Willis, Jr., 4945 Deer Path Drive, Huntingdon, PA 16652-7753 |
| 5699318 | + | Geraldine M. Linn, Esq., KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 5699319 | + | Loancare, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5699316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2025 18:58:36 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5699317 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 31 2025 18:58:41 | Citicards Cbna, Po Box 6500, Sioux Falls, SD 57117-6500 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher G. Cassie | on behalf of Debtor 1 Reed D. Willis Jr. ccassie@keaveneylegalgroup.com, atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Jack N Zaharopoulos | |

TWecf@pamd13trustee.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Reed D. Willis Jr.,

**Debtor 1**

Chapter 13

Case No. 1:25−bk−00821−HWV

## Notice

Notice is hereby given that:

The debtor(s) filed a Chapter 13 Bankruptcy Petition on March 26, 2025.

The debtor(s) filed a Motion to Extend the Automatic Stay in this case. A hearing on this matter has been scheduled for:

| **United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102** | Date: 4/22/25<br><br>Time: 09:30 AM |
|---|---|

Any objection/response to the Motion must be filed and served on the debtor(s) on or before **April 20, 2025**.

If an objection/response is not filed by the objecting deadline and the debtor(s) (has/have) filed an Affidavit setting forth sufficient facts to support the motion and satisfy §362(c)(3) or (c)(4), the Court may grant the motion without conducting a hearing.

If no Affidavit is filed prior to the objecting deadline, or if the Affidavit filed is insufficient to satisfy the terms of 11 U.S.C. §362(c)(3) or (c)(4), or if any objections are filed within the prescribed objecting deadline, a hearing on this matter will be held.

**Consideration of a request to extend/impose the automatic stay must be accomplished within thirty (30) days of the bankruptcy petition filing date. It is the debtor(s)'s responsibility to request expedited consideration of a motion to extend when required.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 31, 2025 |

**asextnd (Notice of Hearing to Extend/Impose Stay) (05/18)**