UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  :
:
Reed D. Willis  :  Bankruptcy No. 1:25-bk-00821-HWV
:
Debtor  :  Chapter 13
:

**PAYMENT ADVICE COVER SHEET**

I <u>Reed D. Willis</u> declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☒ I have not been employed by any employer within the 60 days before the date of filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices of other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I, _____, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☐ I have received payment advices of other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date: <u>4/7/2025</u>            Signature <u>/s/ Reed D. Willis</u>
                                           Debtor


Date: _____   Signature _____
                                           Joint Debtor