United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-00821-HWV |
| Reed D. Willis, Jr. | Chapter 13 |
| Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 22, 2025 | Form ID: pdf010 | Total Noticed: 7 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reed D. Willis, Jr., 4945 Deer Path Drive, Huntingdon, PA 16652-7753 |
| 5699318 | + | Geraldine M. Linn, Esq., KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 5699319 | + | Loancare, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 5702725 | | Penelec / FirstEnergy, Po Box 371431, Pittsburgh, PA 15250-7430 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5699316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2025 19:07:02 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5699317 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 22 2025 19:05:34 | Citicards Cbna, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 5702726 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 22 2025 18:49:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5702728 | *+ | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5702729 | * | Penelec / FirstEnergy, Po Box 371431, Pittsburgh, PA 15250-7430 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Apr 24, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher G. Cassie | on behalf of Debtor 1 Reed D. Willis Jr. ccassie@keaveneylegalgroup.com, atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J Eric Kishbaugh | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | :    CHAPTER 13 |
| REED D. WILLIS, JR., | : |
| | :    CASE NO. 1:25-bk-00821-HWV |
| Debtor. | : |

### ORDER

Upon consideration of the Motion to Extend the Automatic Stay filed by the Debtor, Doc. 8, and no objections having been filed, and the hearing held on April 22, 2025, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED**. The automatic stay shall continue until the closing of the case or further order of the Court.

By the Court,

*[signature]*

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 22, 2025