UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : Chapter |
|---|---|
| | : |
| | : Case No.: |
| | : Judge: |
| | : |
| | : |
| **Debtors.** | : |
| _____ | : |

## NOTICE OF SUBSTITUTION OF ATTORNEY

The undersigned notifies the Court that Thomas Masciocchi will be substituted as attorney of record for Christopher G. Cassie, in the attached list of cases.

Dated: November 7, 2025

_____
Signature of Former Attorney

Dated: November 7, 2025

_____
Signature of Substituted Attorney

-1-

# Select a Case

**There was 1 matching person.**

**There were 42 matching cases.**

| Name | Case No. | Case Title | Chapter / Lead BK case | Date Filed | Party Role | Date Closed |
|---|---|---|---|---|---|---|
| Cassie, Christopher G. (aty) (42 cases) | 1:21-bk-00101-HWV | Robert L. Phillips | 13 | 01/19/21 | N / A | 02/13/24 |
| | 1:22-bk-01588-HWV | Brandon Scott Morris | 13 | 08/25/22 | N / A | N / A |
| | 1:23-bk-00732-HWV | Erik Owen Hoke | 13 | 04/01/23 | N / A | N / A |
| | 1:23-bk-01079-HWV | Christopher Leslie Fisher, Jr. and Kimberly Kay Fisher | 13 | 05/12/23 | N / A | 09/17/25 |
| | 1:23-bk-01251-HWV | David Edward Woodard | 13 | 06/06/23 | N / A | 05/29/24 |
| | 1:23-bk-01580-HWV | Shelia Jean Hoover | 13 | 07/13/23 | N / A | 08/30/23 |
| | 1:24-bk-01171-HWV | Brandon Wayne Foster James, Sr. | 13 | 05/08/24 | N / A | N / A |
| | 1:24-bk-01758-HWV | Thomas A. Lazarek | 13 | 07/18/24 | N / A | 08/23/24 |
| | 1:24-bk-01759-HWV | Myles Sean Lynch | 13 | 07/18/24 | N / A | 04/02/25 |
| | 1:24-bk-02191-HWV | Margaret Mary Stuski | 13 | 09/03/24 | N / A | 10/21/24 |
| | 1:24-bk-02366-HWV | John Allen Trish | 13 | 09/19/24 | N / A | 10/23/25 |
| | 1:24-bk-02370-HWV | Thomas A. Lazarek | 13 | 09/19/24 | N / A | N / A |
| | 1:24-bk-02665-HWV | Kenneth Gregory Troup | 13 | 10/16/24 | N / A | N / A |
| | 1:24-bk-02867-HWV | Joseph Anthony Aponte | 7 | 11/01/24 | N / A | 02/20/25 |
| | 1:25-bk-00402-HWV | Barbara Sue Haines | 13 | 02/13/25 | N / A | N / A |
| | 1:25-bk-00572-HWV | Richard Allen Byers | 13 | 03/04/25 | N / A | 04/22/25 |
| | 1:25-bk-00821-HWV | Reed D. Willis, Jr. | 13 | 03/26/25 | N / A | N / A |
| | 1:25-bk-01301-HWV | Stephanie Ann Williams | 13 | 05/12/25 | N / A | 10/17/25 |

| Case | Name | Chapter | Filed | | |
|---|---|---|---|---|---|
| 1:25-bk-02156-HWV | Kamie Ranay Mower | 7 | 07/31/25 | N / A | N / A |
| 1:25-bk-02464-HWV | Richard Allen Byers | 13 | 09/02/25 | N / A | N / A |
| 4:22-bk-01835-MJC | Robin E. Shreckengast | 13 | 09/25/22 | N / A | 12/15/23 |
| 4:23-bk-01941-MJC | Joseph Earl Staboleski, III | 13 | 08/29/23 | N / A | N / A |
| 4:24-bk-01112-MJC | Brandi Lynn Harris | 13 | 05/02/24 | N / A | 10/03/24 |
| 4:25-bk-00652-MJC | Allen James Grove | 13 | 03/12/25 | N / A | 04/29/25 |
| 4:25-bk-01229-MJC | Christopher J. Reynolds | 13 | 05/01/25 | N / A | N / A |
| 5:21-bk-02139-MJC | Laurette Veronica Keiper | 13 | 09/29/21 | N / A | 07/14/25 |
| 5:22-bk-01031-MJC | Rumy Z. Mejia | 13 | 06/02/22 | N / A | 07/10/25 |
| 5:22-bk-02024-MJC | Charlotte D. Martin | 13 | 10/18/22 | N / A | 12/09/22 |
| 5:23-bk-00135-MJC | Leyda Cabrera Barnett | 13 | 01/24/23 | N / A | 02/21/25 |
| 5:23-bk-00266-MJC | Charlotte D. Martin | 13 | 02/08/23 | N / A | 04/26/24 |
| 5:23-bk-00561-MJC | Todd Alan Gimbi | 13 | 03/17/23 | N / A | 03/20/24 |
| 5:23-bk-01522-MJC | Treat Suzanne La Russo | 13 | 07/05/23 | N / A | 02/02/24 |
| 5:23-bk-01944-MJC | Patrick Nigel Stewart and Zella Aimable Stewart | 13 | 08/29/23 | N / A | 02/26/25 |
| 5:24-bk-01419-MJC | Amber J. Gilligan | 13 | 06/06/24 | N / A | N / A |
| 5:24-bk-02793-MJC | Kyle Van Dyk and Dina Marie Van Dyk | 13 | 10/29/24 | N / A | N / A |
| 5:25-bk-00805-MJC | Jo Anne Shank | 13 | 03/25/25 | N / A | N / A |
| 5:25-bk-01259-MJC | Glenn Langdon | 13 | 05/06/25 | N / A | N / A |
| 5:25-bk-01738-MJC | Cynthia Pilgrim | 13 | 06/23/25 | N / A | N / A |
| 5:25-bk-01943-MJC | Darnell R. Simpkins | 13 | 07/14/25 | N / A | N / A |
| 5:25-bk-01965-MJC | Leyda A. Cabrera Molina | 13 | 07/15/25 | N / A | N / A |
| 5:25-bk-02249-MJC | Daniel S. Stahler, Sr. | 13 | 08/12/25 | N / A | N / A |
| 5:25-bk-02900-MJC | Walter W. Briggs | 13 | 10/09/25 | N / A | N / A |

| PACER Service Center |
|---|
| Transaction Receipt |
| 11/07/2025 15:39:24 |

| PACER Login: | tommasciocchi | Client Code: | |
|---|---|---|---|
| Description: | Search | Search Criteria: | LName: cassie FName: Christopher Type: aty |
| Billable Pages: | 1 | Cost: | 0.10 |