# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| REED D. WILLIS, JR., | : | |
|     Debtor | : | CASE NO. 1-25-BK-00821-HWV |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
|     vs | : | |
| | : | |
| REED D. WILLIS, JR., | : | |
|     Respondent | : | |

## **CERTIFICATE OF DEFAULT**

AND NOW, on January 28, 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, by and through his Attorney, Douglas R. Roeder, Esquire, and certifies that on June 11, 2025, the Court issued an Order directing Debtor to file an amended plan in forty-five (45) days. As of January 28, 2026, an amended plan has not been filed.

WHEREFORE, the Trustee respectfully requests this Honorable Court dismiss the case.

Dated: January 28, 2026,   Respectfully submitted,

/s/ Douglas R Roeder, Esquire
Id: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: droeder@pamd13trustee.com

# CERTIFICATE OF SERVICE

        AND NOW, on January 28, 2026, I, Ashley Schott, from the office of Jack N. Zaharopoulos, III, Trustee, hereby certify that I have served the above Certificate of Default by depositing a true and correct copy of same in the United States Mail, postage prepaid, first class, addressed to the following unless electronically notified:

<u>Served Electronically</u>
THOMAS MASCIOCCHI, ESQUIRE
KEAVENEY LEGAL GROUP
3747 CHURCH ROAD SUITE 103
MOUNT LAUREL, NJ 08054-1151

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102


<u>Served by 1st Class Mail</u>
REED D. WILLIS, JR.
4945 DEER PATH DRIVE
HUNTINGDON, PA 16652

                                               /s/Ashley Schott
                                               Ashley Schott,
                                               For Jack N. Zaharopoulos
                                               Standing Chapter 13 Trustee