In re:                                                              Case No. 25-00821-HWV

Reed D. Willis, Jr.                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                    User: AutoDocke                              Page 1 of 2

Date Rcvd: Jan 28, 2026                 Form ID: pdf010                        Total Noticed: 13

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Reed D. Willis, Jr., 4945 Deer Path Drive, Huntingdon, PA 16652-7753 |
| 5699318 | + | Geraldine M. Linn, Esq., KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 5699319 | + | Loancare, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 5702725 | | Penelec / FirstEnergy, Po Box 371431, Pittsburgh, PA 15250-7430 |
| 5710256 | + | U.S. Bank Trust National Association, Not In, c/o Loancare, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2026 18:43:00 | Commonwealth of Pennsylvania, Department of Revenu, Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0496 |
| 5699316 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2026 18:48:08 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5716741 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2026 18:48:08 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5699317 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 28 2026 18:48:02 | Citicards Cbna, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 5719014 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 28 2026 18:43:00 | Dept of Treasury IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5717303 | | Email/Text: mtgbk@shellpointmtg.com | Jan 28 2026 18:43:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 5702726 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jan 28 2026 18:43:00 | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5708750 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2026 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5710249 | *+ | CBNA, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5710250 | *+ | Citicards CBNA, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 5710251 | *+ | Geraldine M. Linn, Esq., KML Law Group PC, 701 Market St #5000, Philadelphia, PA 19106-1541 |
| 5710252 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5711315 | *+ | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5702728 | *+ | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5710253 | *+ | Penelec, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |

| 5702729 | * | Penelec / FirstEnergy, Po Box 371431, Pittsburgh, PA 15250-7430 |
| 5710254 | * | Penelec / FirstEnergy, Po Box 371431, Pittsburgh, PA 15250-7430 |
| 5710255 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| J Eric Kishbaugh | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust jkishbaugh@udren.com, vbarber@udren.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kelly M. Appleyard | on behalf of Creditor Commonwealth of Pennsylvania  Department of Revenue kappleyard@attorneygeneral.gov |
| Matthew K. Fissel | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Thomas G. Masciocchi | on behalf of Debtor 1 Reed D. Willis  Jr. tmasciocchi@keaveneylegalgroup.com, atruss@keaveneylegalgroup.com;22374@notices.nextchapterbk.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

   Reed D. Willis, Jr.

Debtor 1

| Chapter: | 13 |
| Case No.: | 1:25-bk-00821-HWV |

## ORDER

Upon consideration of the Certificate of Default filed by the Chapter 13 Trustee, Doc. 35, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation and expenses.

By the Court,

_____

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 28, 2026